## Commonwealth *v.* Rogers, Appellant.

Submitted September 14, 1970. *Frederick J. Lanshe,* Public Defender, for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Rought, Appellant.

Submitted September 14, 1970. *James M. Scanlon,* for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.